NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SITE 2020 INC.,**
*Plaintiff-Appellant*

**v.**

**SUPERIOR TRAFFIC SERVICES, LLC,**
**SUPERIOR TRAFFIC SYSTEMS, LLC,**
*Defendants-Appellees*

———————————

2025-1841

———————————

Appeal from the United States District Court for the District of Montana in No. 9:21-cv-00063-DLC, Judge Dana L. Christensen.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          SITE 2020 INC. v. SUPERIOR TRAFFIC SERVICES, LLC

    (2)  Each side shall bear their own costs.

FOR THE COURT

August 7, 2025
     Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 7, 2025